RONALD ANDERSON, Plaintiff, and ANGEL CORDERO, Appellant, v W. THEODORE HILL et al., Respondents.

Submitted March 28, 2005; decided May 10, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.